Josh Sanford (Ark. Bar No. 2001037)
Sanford Law Firm, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
(501) 221-0088
josh@sanfordlawfirm.com

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
TUCSON DIVISION

| | |
|---|---|
| Shane Rodems,<br><br>    Plaintiff,<br><br>    v.<br><br>Temperature-Control, Inc.,<br>and Tony Bohard, Jr.,<br><br>    Defendant. | No. 4:22-cv-237-SHR<br><br>**JOINT STATUS REPORT – SETTLEMENT** |

Pursuant to the Court's Scheduling Order, Section F [Doc. 16], Plaintiff Shane Rodems ("Plaintiff") and Defendants Temperature-Control, Inc., and Tony Bohard, Jr. (collectively "Defendant" or "Defendants") notify the Court the parties do not believe a settlement conference would be beneficial at this time, as Defendants' Motion for Summary Judgment is still pending (ECF No. 28). If the parties' positions change, they will promptly notify the Court. The Parties will submit another Joint Settlement Status Report 90 days from the date imprinted on this report.

DATED this 6th day of June, 2023.

| SANFORD LAW FIRM, PLLC | MESCH CLARK ROTHSCHILD |
|---|---|
| By: s/ *Josh Sanford*<br>Josh Sanford<br>Kirkpatrick Plaza<br>10800 Financial Centre Pkwy, Ste. 510<br>Little Rock, AR  72211 | By:  s/ *Barney M. Holtzman*<br>Barney M. Holtzman<br>Jana L. Sutton<br>259 North Meyer Avenue<br>Tucson, Arizona 85701 |
| *Attorney for Plaintiff* | *Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

I do hereby certify that, on this 6th day of June 2023, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants, and by email and/or U.S. First Class Mail if non-registrants:

Barney M. Holtzman, Esq.
Jana L. Sutton, Esq.
MESCH CLARK ROTHSCHILD
259 North Meyer Avenue
Tucson, Arizona 85701
Telephone: (520) 624-8886
Facsimile: (520) 798-1037
bholtzman@mcrazlaw.com
jsutton@mcrazlaw.com

*s/ Josh Sanford*
**Josh Sanford**